FILED

07/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0647

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0647

_____

BRIAN MOORE,

     Plaintiff and Appellant,

v.

                                   O R D E R

KEVIN R. FROST,

     Defendant and Appellee.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Howard F. Recht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2020